# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN TRUNG VAY,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER CHESTNUT, Warden of the California City Correctional Detention Facility, et al.,<br><br>    Respondents. | Case No. 1:25-cv-01810-JLT-SKO (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>[Doc. 6] |

    Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On December 18, 2025, Petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

    In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. The claims presented in the petition are clearly stated and the Court has sufficient information before it to review the claims. Should additional briefing

or information be required after Respondents file their response, the Court will revisit the matter and appoint counsel at that time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**December 19, 2025**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2