ERIC GRANT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TAN TRUNG VAY, | CASE NO.  1:25-CV-01810-SKO |
|---|---|
| Petitioner, | ORDER |
| v. | |
| CHRISTOPHER CHESNUT, et al., | |
| Respondents. | |

Based on the Respondents' submission that Petitioner has received a travel document from Vietnam and is subject to a final order of removal, the Court hereby orders that:

1. The Court's prior order prohibiting Respondents from removing Petitioner from the United States or transferring Petitioner out of this District (ECF No. 4) is lifted; and

2. Respondent is directed to notify the Court within fourteen (14) days whether Petitioner's removal to Vietnam was accomplished.

IT IS SO ORDERED.

Dated:   **January 27, 2026**          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

MOTION TO LIFT STAY; [ORDER]                    1