UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN TRUNG VAY,<br><br>        Petitioner,<br><br>      v.<br><br>CHRISTOPHER CHESTNUT, Warden of<br>California City Detention Facility, et al.,<br><br>        Respondents. | No.  1:25-cv-01810-SKO (HC)<br><br>**ORDER REGARDING MOTION TO COMPEL**<br><br>**[Doc. 16]** |

Petitioner has filed a petition for writ of habeas corpus challenging his indefinite detention by the United States Bureau of Immigration and Customs Enforcement ("ICE").

On January 12, 2026, Respondents filed a response to the petition. (Doc. 13.) On February 2, 2026, Petitioner filed a motion to compel Respondents to provide Petitioner with a copy of the response. (Doc. 16.) Petitioner states he has not received Respondents' response and cannot file a traverse without it. On February 3, 2026, Respondents filed a Certificate of Service indicating Respondents served a copy of their response to Petitioner on that same date. (Doc. 18.) Although it is unclear why Respondents are only now serving a copy on Petitioner, it appears the response will be provided to Petitioner in short order.

/////

/////

1

Accordingly, Petitioner's motion to compel is DISMISSED.

IT IS SO ORDERED.

Dated:   **February 4, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE